**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re: MORICHES FITNESS, INC.  § Case No. 8-15-75454-LAS
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

R. KENNETH BARNARD, ESQ., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $42,397.94                  Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $12,827.68   Claims Discharged
                                              Without Payment: N/A

Total Expenses of Administration: $14,930.30

---

3) Total gross receipts of $ 27,757.98 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $27,757.98 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $7,500.00 | $7,500.00 | $7,500.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 14,930.30 | 14,930.30 | 14,930.30 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,758.62 | 1,758.62 | 1,758.62 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 264,477.86 | 264,477.86 | 3,569.06 |
| **TOTAL DISBURSEMENTS** | $0.00 | $288,666.78 | $288,666.78 | $27,757.98 |

4) This case was originally filed under Chapter 7 on December 22, 2015. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/07/2017          By: /s/R. KENNETH BARNARD, ESQ.
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| JP Morgan Chase Bank acct 0523 | 1129-000 | 2,757.98 |
| Various Gym Equipment | 1129-000 | 25,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$27,757.98** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| LIEN | Derrick K Miller | 4210-000 | N/A | 7,500.00 | 7,500.00 | 7,500.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$7,500.00** | **$7,500.00** | **$7,500.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - R. KENNETH BARNARD, ESQ. | 2100-000 | N/A | 3,525.80 | 3,525.80 | 3,525.80 |
| Other - LaMonica, Herbst & Maniscalco LLP | 3210-000 | N/A | 8,000.00 | 8,000.00 | 8,000.00 |
| Other - LaMonica, Herbst & Maniscalco LLP | 3220-000 | N/A | 939.32 | 939.32 | 939.32 |
| Other - Paritz & Company, P.A. | 3410-000 | N/A | 2,000.00 | 2,000.00 | 2,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 25.10 | 25.10 | 25.10 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.62 | 34.62 | 34.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.57 | 34.57 | 34.57 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 39.30 | 39.30 | 39.30 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.47 | 34.47 | 34.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 39.18 | 39.18 | 39.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 35.56 | 35.56 | 35.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.32 | 34.32 | 34.32 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 37.83 | 37.83 | 37.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 35.40 | 35.40 | 35.40 |
| Other - International Sureties, Ltd | 2300-000 | N/A | 6.56 | 6.56 | 6.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 37.80 | 37.80 | 37.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 33.03 | 33.03 | 33.03 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 37.44 | 37.44 | 37.44 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $14,930.30 | $14,930.30 | $14,930.30 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | New York State Department of Taxation & Finance | 5800-000 | N/A | 1,758.62 | 1,758.62 | 1,758.62 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,758.62 | $1,758.62 | $1,758.62 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | NYS Dept of Labor | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 2 | M&T Bank | 7100-000 | N/A | 50,025.97 | 50,025.97 | 675.09 |
| 3 | MORICHES INDUSTRIAL PARK LLC | 7100-000 | N/A | 135,702.00 | 135,702.00 | 1,831.26 |
| 4 | PSEG LI | 7100-000 | N/A | 981.65 | 981.65 | 13.25 |
| 5 | AMERICAN EXPRESS TRAVEL RELATED SERVICES | 7100-000 | N/A | 2,035.00 | 2,035.00 | 27.46 |
| 6 | GENEVA CAPITAL | 7100-000 | N/A | 75,733.24 | 75,733.24 | 1,022.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $264,477.86 | $264,477.86 | $3,569.06 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8-15-75454-LAS  **Trustee:** (520840) R. KENNETH BARNARD, ESQ.
**Case Name:** MORICHES FITNESS, INC.  **Filed (f) or Converted (c):** 12/22/15 (f)
  **§341(a) Meeting Date:** 01/21/16
**Period Ending:** 09/07/17  **Claims Bar Date:** 06/16/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | M&T Bank acct | 123.45 | 0.00 | | 0.00 | FA |
| 2 | JP Morgan Chase Bank Acct 8592 | 3,447.83 | 0.00 | | 0.00 | FA |
| 3 | JP Morgan Chase Bank acct 0523 | 4,907.84 | 0.00 | | 2,757.98 | FA |
| 4 | Security Deposit | 30,586.66 | 0.00 | | 0.00 | FA |
| 5 | Tanning Bed, showcase cabinet, 12 counter stools | 3,740.00 | 0.00 | | 0.00 | FA |
| 6 | 6 flat screen TV's, 4 Computers, Ice Machine | 4,500.00 | 0.00 | | 0.00 | FA |
| 7 | Various Gym Equipment | 95,460.00 | 25,000.00 | | 25,000.00 | FA |
| 7 | **Assets Totals** (Excluding unknown values) | **$142,765.78** | **$25,000.00** | | **$27,757.98** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Debtor operated a health club. Trustee has entered into settlement with landlord whereby the lease was rejected and assets sold for $25,000.

**Initial Projected Date Of Final Report (TFR):** December 31, 2016  **Current Projected Date Of Final Report (TFR):** April 20, 2017 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 8-15-75454-LAS  
**Case Name:** MORICHES FITNESS, INC.  
**Taxpayer ID #:** **-***0130  
**Period Ending:** 09/07/17

**Trustee:** R. KENNETH BARNARD, ESQ. (520840)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6166 - Checking Account  
**Blanket Bond:** $77,628,510.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/09/16 | {7} | Vincent A Trapani c/o USA Industries | Payment received under the stipulation between Trustee and Landlord | 1129-000 | 25,000.00 | | 25,000.00 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.10 | 24,974.90 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.62 | 24,940.28 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.57 | 24,905.71 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.30 | 24,866.41 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.47 | 24,831.94 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.18 | 24,792.76 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.56 | 24,757.20 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.32 | 24,722.88 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.83 | 24,685.05 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.40 | 24,649.65 |
| 01/11/17 | 101 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/11/2017 FOR CASE #815-75454 | 2300-000 | | 6.56 | 24,643.09 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.80 | 24,605.29 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.03 | 24,572.26 |
| 03/23/17 | {3} | JP Morgan Chase | Turn over of funds in bank account | 1129-000 | 2,757.98 | | 27,330.24 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.44 | 27,292.80 |
| 06/19/17 | 102 | Derrick K Miller | Dividend paid 100.00% on $7,500.00; Claim# LIEN; Filed: $7,500.00; Reference: | 4210-000 | | 7,500.00 | 19,792.80 |
| 06/19/17 | 103 | R. KENNETH BARNARD, ESQ. | Dividend paid 100.00% on $3,525.80, Trustee Compensation;  Reference: | 2100-000 | | 3,525.80 | 16,267.00 |
| 06/19/17 | 104 | LaMonica, Herbst & Maniscalco LLP | Dividend paid 100.00% on $8,000.00, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 | | 8,000.00 | 8,267.00 |
| 06/19/17 | 105 | LaMonica, Herbst & Maniscalco LLP | Dividend paid 100.00% on $939.32, Attorney for Trustee Expenses (Other Firm);  Reference: | 3220-000 | | 939.32 | 7,327.68 |
| 06/19/17 | 106 | Paritz & Company, P.A. | Dividend paid 100.00% on $2,000.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 2,000.00 | 5,327.68 |
| 06/19/17 | 107 | New York State Department of Taxation & Finance | Dividend paid 100.00% on $1,758.62; Claim# 7; Filed: $1,758.62; Reference: | 5800-000 | | 1,758.62 | 3,569.06 |
| 06/19/17 | 108 | M&T Bank | Dividend paid 1.34% on $50,025.97; Claim# 2; Filed: $50,025.97; Reference: | 7100-000 | | 675.09 | 2,893.97 |
| 06/19/17 | 109 | MORICHES INDUSTRIAL PARK LLC | Dividend paid 1.34% on $135,702.00; Claim# 3; Filed: $135,702.00; Reference: | 7100-000 | | 1,831.26 | 1,062.71 |
| 06/19/17 | 110 | PSEG LI | Dividend paid 1.34% on $981.65; Claim# 4; Filed: $981.65; Reference: | 7100-000 | | 13.25 | 1,049.46 |

Subtotals :            $27,757.98        $26,708.52

{} Asset reference(s)

Printed: 09/07/2017 02:01 PM     V.13.30

Case 8-15-75454-las    Doc 36    Filed 09/25/17    Entered 09/25/17 17:54:38

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 8-15-75454-LAS  
**Case Name:** MORICHES FITNESS, INC.

**Taxpayer ID #:** **-***0130  
**Period Ending:** 09/07/17

**Trustee:** R. KENNETH BARNARD, ESQ. (520840)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6166 - Checking Account  
**Blanket Bond:** $77,628,510.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/19/17 | 111 | AMERICAN EXPRESS TRAVEL RELATED SERVICES | Dividend paid   1.34% on $2,035.00; Claim# 5; Filed: $2,035.00; Reference: | 7100-000 | | 27.46 | 1,022.00 |
| 06/19/17 | 112 | GENEVA CAPITAL | Dividend paid   1.34% on $75,733.24; Claim# 6; Filed: $75,733.24; Reference: | 7100-000 | | 1,022.00 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | **27,757.98** | **27,757.98** | **$0.00** |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | **27,757.98** | **27,757.98** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$27,757.98** | **$27,757.98** | |

Net Receipts :   27,757.98  
Net Estate :   $27,757.98

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******6166** | 27,757.98 | 27,757.98 | 0.00 |
| | $27,757.98 | $27,757.98 | $0.00 |

{} Asset reference(s)

Printed: 09/07/2017 02:01 PM    V.13.30